1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAY EDMUND FARRIS, | ) | NO. CV 12-6357-JVS(E) |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| RANDY GROUNDS, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on July 24, 2012. The Petition seeks relief in connection with a Los Angeles Superior Court conviction in case No. BA173214 (Petition at 2). Petitioner previously sought relief in connection with this same conviction in a habeas corpus petition filed in this Court in 2003. See Farris v. Hall, CV 03-5476-SGL(E) ("the prior habeas action"). On August 15, 2006, this Court entered judgment in the prior habeas action, denying and dismissing the prior petition on the merits.

///
///

1  The Court must dismiss the present Petition in accordance with
2 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and
3 Effective Death Penalty Act of 1996").  Section 2244(b) requires that
4 a petitioner seeking to file a "second or successive" habeas petition
5 first obtain authorization from the court of appeals.  See Burton v.
6 Stewart, 549 U.S. 147, 157 (2007) (where petitioner did not receive
7 authorization from court of appeals before filing second or successive
8 petition, "the District Court was without jurisdiction to entertain
9 [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.
10 2000) ("the prior-appellate-review mechanism set forth in § 2244(b)
11 requires the permission of the court of appeals before 'a second or
12 successive habeas application under § 2254' may be commenced").  A
13 petition need not be repetitive to be "second or successive," within
14 the meaning of 28 U.S.C. section 2244(b).  See, e.g., Thompson v.
15 Calderon, 151 F.3d 918, 920-21 (9th Cir.), cert. denied, 524 U.S. 965
16 (1998); Calbert v. Marshall, 2008 WL 649798, at *2-4 (C.D. Cal.
17 Mar. 6, 2008).  Petitioner evidently has not yet obtained
18 authorization from the Ninth Circuit Court of Appeals.  Consequently,
19 this Court cannot entertain the present Petition.  See Burton v.
20 Stewart, 549 U.S. at 157.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  For all of the foregoing reasons, the Petition is denied and
2  dismissed without prejudice.

4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: August 2, 2012

   _____
9  JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE

PRESENTED this 30th day of
July, 2012, by:

   _____/S/_____
17       CHARLES F. EICK
   UNITED STATES MAGISTRATE JUDGE

3