**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAY EDMUND FARRIS,<br><br>        Petitioner,<br><br>    v.<br><br>RANDY GROUNDS,<br><br>        Respondent. | NO. CV 12-6357-JVS(E)<br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 2, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE